```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
```



FILED
NOV - 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05 - MJ 00323   DAD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) SEALING ORDER |
| v. | ) |
| SEALED, | ) |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that documents filed in the above referenced case shall be sealed until further order of this Court.

DATED: _November 7_, 2005

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

**SEALED**

4