```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12         Plaintiff,            )   MAG. NO.  2-05-MJ-00323 DAD
                                 )
13      v.                       )   APPLICATION AND ORDER
                                 )   FOR UNSEALING COMPLAINT,
14  DIANE McSWINE,               )   ARREST WARRANT AND AFFIDAVIT
    aka Diane Grant              )
15                               )
           Defendant.            )
16  _____)
17
```

On November 7, 2005, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint, arrest warrant and affidavit be unsealed.

DATED:  November 28, 2005          Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


                              By:  /s/ Robin R. Taylor
                                   ROBIN R. TAYLOR
                                   Assistant U.S. Attorney


///

1

ORDER

SO ORDERED:

DATED: November 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/mcswine0323.ord