QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

**OK/HAV**

Attorney for Defendant
DIANE MCSWINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>            Plaintiff,  )  <br>  )  <br>       v.  )  <br>  )  <br> DIANE McSWINE,  )  <br>  )  <br>            Defendant.  )  <br>  )  <br> _____ ) | No. 2:05-cr-0517 DFL  <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME  <br><br> Date:  January 12, 2006  <br> Time:  10:00 a.m.  <br> Judge: Hon. David F. Levi |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, DIANE McSWINE, that the status conference scheduled for January 12, 2006, be dropped from calendar, and the matter continued to February 16, 2006 at 10:00 a.m. for status conference, in order to permit review of discovery and preparation of the defense to the charges.

///

///

///

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, for defense preparation.

**IT IS SO STIPULATED.**

DATED: January 4, 2006            /S/ Robin Taylor
                                  Robin Taylor
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

DATED:  January 4, 2006           /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  January 5, 2006            /s/ David F. Levi
                                   Hon. David F. Levi
                                   Chief United States District Judge

Stipulation & Order Continuing Case
and Excluding Time                 2