```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                              OK/HAV


Attorney for Defendant
DIANE MCSWINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0517 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING TIME |
| ) | |
| DIANE McSWINE, ) | |
| ) | Date:  February 16, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, DIANE McSWINE, that the status conference scheduled for February 16, 2006, be dropped from calendar, and the matter continued to March 9, 2006 at 10:00 a.m. for status conference, in order to permit disclosure and review of additional discovery which has just been discussed by counsel and agreed to, and further consultation with Ms. McSwine and preparation of the defense to the charges.

///

///

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled until March 9, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, for defense preparation.

**IT IS SO STIPULATED.**

DATED: February 8, 2006          /S/ Robin Taylor
                                 Robin Taylor
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

DATED:  February 8, 2006         /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  February 9, 2006

_____
DAVID F. LEVI
United States District Judge

Stipulation & Order Continuing Case
and Excluding Time                 2