1  DANIEL J. BRODERICK  Bar #89424
   Acting Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700                    **OK/HAV**

6

7  Attorney for Defendant
   DIANE MCSWINE
8

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,        )    No. 2:05-cr-0517 DFL
                                     )
15                Plaintiff,         )
                                     )    CORRECTED STIPULATION AND ORDER
16        v.                         )    CONTINUING CASE AND EXCLUDING TIME
                                     )
17  DIANE McSWINE,                   )
                                     )    Date:  May 25, 2006
18                Defendant.         )    Time:  10:00 a.m.
                                     )    Judge: Hon. David F. Levi
19  _____ )

20

21       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Anne Pings

22  Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, DIANE

23  McSWINE, that the status conference scheduled for April 20, 2006, was dropped from calendar at the

24  request of the defense, and the matter continued to May 25, 2006 at 10:00 a.m. for status conference, in

25  order to permit review of a second delivery of discovery material and consultation with the defendant in

26  light of that material.

27  / / /

28  / / /

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, for defense preparation from April 20, 2006 through May 25, 2006.

**IT IS SO STIPULATED.**

DATED: April 27, 2006                              /S/ Anne Pings
                                                   Robin Taylor
                                                   Assistant United States Attorney
                                                   Counsel for Plaintiff

DATED:  April 27, 2006                             /S/ Jeffrey L. Staniels
                                                   Jeffrey L. Staniels
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

# O R D E R

**IT IS SO ORDERED.**

By the Court,

Dated: May 3, 2006                              /s/ David F. Levi
                                                Hon. David F. Levi
                                                Chief United States District Judge