McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-517-DFL |
| Plaintiff, ) | |
| v. ) | STIPULATION & ORDER |
| ) | SETTING NEW TRIAL DATE |
| DIANE McSWINE, ) | |
| aka Diane Grant, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed, by and between the defendant Diane McSwine, by and through her counsel, Jeffrey Staniels, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set trial confirmation hearing date of January 11, 2007, and the trial date of January 22, 2007, and to set a new trial confirmation hearing date of October 5, 2006 at 10:00 a.m., and a new trial date of October 16, 2006, at 8:30 a.m.

Defendant rejected the plea agreement in April 2006. The first available trial dates available to the currently assigned prosecutor

-1-

are in January 2007. However, at the Court's request, the United States Attorney's office will assign the case to another prosecutor for trial compatible with the schedule of the defendant and the Court. The availability of the proposed dates have been verified with the Court's clerk.

The parties continue to agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in that the ends of justice served by allowing defendant's counsel time to conduct investigation in a manner he believes necessary to provide effective representation at trial outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 5, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Anne Pings

ANNE PINGS
Assistant United States Attorney

/s/ Anne Pings

For JEFFREY STANIELS
Counsel for Defendant McSwine

**IT IS SO ORDERED**.

Dated: June 6, 2006

_____
DAVID F. LEVI
United States District Judge