DANIEL J. BRODERICK  Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                                    **OK/HAV**

Attorney for Defendant
DIANE MCSWINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0517 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| DIANE McSWINE, ) | |
| ) | Date:  October 5, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. David F. Levi |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney John Vincent, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, DIANE McSWINE, that the trial confirmation hearing scheduled for October 5, 2006, and the jury trial scheduled for October 16, 2006, be vacated at the request of the defense, and the matter be continued to January 11, 2007 at 10:00 a.m. for trial confirmation hearing, and to January 22, 2007, at 9:00 a.m. for jury trial.  The defense seeks this continuance to permit additional time to complete investigation and consultation between counsel and client in order to permit adequate consideration of alternatives and preparation of the defense at trial.

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation), from the filing of this stipulation through January 22, 2007.

The court is advised that Ms. McSwine's signature acknowledging this requested continuance and requested trial date is included at the suggestion of government counsel in order to document her request for and consent to the continuance as well as notice of the new dates.

**IT IS SO STIPULATED.**

DATED: September 26, 2006        /S/ John Vincent
                                 John Vincent
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

DATED:  September 26, 2006       /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Attorney for Defendant

I hereby consent to the continuance requested by my attorney on my behalf and at my request, and acknowledge that the new dates requested are January 11, 2007, for trial confirmation, and January 22, 2007, for jury trial.  I understand that time for trial under the Speedy Trial Act is tolled during this additional delay as set forth in the above stipulation.

DATED:  September 26, 2006       /S/ Diane McSwine
                                 Defendant

# O R D E R

**IT IS SO ORDERED.**

                       By the Court,


Dated:  September 28, 2006       /s/ David F. Levi
                                 Hon. David F. Levi
                                 Chief United States District Judge