```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   DIANE MCSWINE
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0517 DFL |
| Plaintiff, ) | |
| ) | APPLICATION FOR TRANSPORTATION |
| v. ) | ORDER; ORDER FOR TRANSPORTATION. |
| ) | |
| DIANE MCSWINE, ) | Judge:   Hon. David F. Levi |
| Defendant. ) | |
| _____ ) | |

Application is hereby made for an Order for Transportation for defendant DIANE MCSWINE to enable her to attend the Trial Confirmation Hearing scheduled for January 18, 2007 at 10:00 a.m. before the Hon. David F. Levi.  Ms. McSwine is unable to afford her own transportation from Memphis, Tennessee to federal court in Sacramento, California for the following reasons.

Until recently jury trial in this case was scheduled to commence on January 22, 2007.  With that date in mind Ms. McSwine intended to remain in Sacramento following the trial confirmation hearing until the conclusion of trial.  By agreement of counsel, however, the trial date

1  has been moved from January 22, 2007 to February 12, 2007, and a
2  stipulation and proposed order awaits the signature of Judge Levi.  A
3  telephone conversation with the Judge's deputy clerk by government
4  counsel confirmed that arrangements for the jury trial on January 22,
5  2007, had been cancelled, and that the stipulated change of trial date
6  was merely awaiting signature by Judge Levi.
7      Undersigned counsel attempted promptly to notify Ms. McSwine of
8  the change in trial date by telephone and e-mail.  However, the
9  telephone is apparently monitored by Ms. McSwine's husband who was out
10 of town until late last week.  Counsel learned this morning that the e-
11 mail "sent" on January 11, 2007, had not been delivered because of a
12 typing omission in the recipient's address.
13     Ms. McSwine has advised counsel today that although she had
14 arranged for money to pay for her trip here for trial, that she is
15 unable to afford to travel from Memphis to Sacramento twice in such a
16 short time period, as is now scheduled.  Furthermore, she advised that
17 the arrangements she made to obtain money to travel here for trial is
18 not available until shortly before the trial date, and is not available
19 to pay for her travel here on Thursday.
20     The court is advised that counsel have conferred about this
21 request and government counsel, Assistant United States Attorney John
22 Vincent, has stated to counsel that he has no position on this request.
23 / / / /
24 / / / /
25 / / / /
26     WHEREFORE, in the interests of justice the court is requested to
27 "...direct the United States Marshal to arrange for [Ms. McSwine's]
28 non-custodial transportation or furnish the fare for such

Order for Transportation/Diane McSwine     2

1  transportation.." pursuant to the just-quoted provision of 18 U.S.C. §
2  4285.

3  Dated: January 16, 2007          Respectfully submitted,

4                                   DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Jeffrey L. Staniels
6                                   JEFFREY L. STANIELS
                                    Assistant Federal Defender
7                                   Attorney for Defendant
                                    DIANE MCSWINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-05-517 DFL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | PURSUANT TO 18 U.S.C. §4285 |
| DIANE MCSWINE, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Diane McSwine, with transportation from Memphis, Tennessee to Sacramento, California for the Trial Confirmation Hearing in the United States District Court for the Eastern District of California on **Thursday, January 18, 2007 at 10:00 a.m**.

Ms. McSwine avers that she is financially unable to travel to Sacramento, California without transportation expenses.  This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: January 16, 2007

/s/ David F. Levi
U.S. District Judge

Order for Transportation/Diane McSwine    4