DANIEL J. BRODERICK  Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DIANE MCSWINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIANE McSWINE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:05-cr-0517 DFL <br><br> AMENDED <br> ORDER RE: TRANSPORTATION <br> PURSUANT TO 18 U.S.C. §4285 |

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Diane McSwine, with transportation from Memphis, Tennessee, to Sacramento, California, for Trial Confirmation Hearing in the United States District Court for the Eastern District of California on **Friday, January 19, 2007, at 11:00 a.m.**

Ms. McSwine avers that she is financially unable to travel to Sacramento, California, without transportation expenses.  This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: January 17, 2007

By the Court,

/S/ David F. Levi
Hon. David F. Levi
Chief United States District Judge