DANIEL J. BRODERICK  Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                                                **OK/HAV**

Attorney for Defendant
DIANE MCSWINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0517 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| DIANE McSWINE, ) | |
| ) | Date:   January 22, 2007 |
| Defendant. ) | Time:   8:30 a.m. |
| ) | Judge:  Hon. David F. Levi |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney John Vincent, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, DIANE McSWINE, that the jury trial scheduled for January 22, 2007, be vacated and be recalendared for February 12, 2007, at 8:30 a.m. Trial confirmation remains as previously set on January 18, 2007, at 10:00 a.m. Defense Counsel shall advise Ms. McSwine that her personal appearance is required on January 18, 2007.

**IT IS FURTHER STIPULATED** that the time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation), from the filing of this stipulation through February 12, 2007.

**IT IS SO STIPULATED.**

DATED: January 11, 2007            /S/ John Vincent
                                   John Vincent
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

DATED: January 11, 2007            /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Attorney for Defendant

# O R D E R

The above stipulation of the parties is accepted. Trial Confirmation remains as set, on January 18, 2007, at 10:00 a.m. Jury Trial shall commence on February 12, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

By the Court,

Dated: January 17, 2007            /s/ David F. Levi
                                   Hon. David F. Levi
                                   Chief United States District Judge