MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIANE McSWINE, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | No. Cr. No. S-05-0517 DFL <br><br> APPLICATION FOR EX PARTE ORDER FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION |

The UNITED STATES OF AMERICA, through its attorney, Assistant United States Attorney JOHN K. VINCENT, hereby makes application to the Court for an Ex Parte Order directing the Internal Revenue Service (IRS) to disclose tax returns and return information to applicant (and others hereinafter named), specifically the employer or tax identification number assigned to:

      Name: **Investment Group of Memphis**
      Address: **3125 S. Mendenhall #328**
              **Memphis, TN 38115**
      Social Security No. or
      Employer Identification No.:
      Taxable Period(s): **2002 through 2006**

   In support of this Application, the applicant alleges and states as follows:

     1.   There is reasonable cause to believe, based upon

information believed to be reliable, that violations of a specific criminal act or acts have been committed, to wit, violations of Title 18, United States Code, Section 1343 (wire fraud). This reasonable cause is based upon information supplied to the United States Attorney's Office by the FBI, which applicant believes to be reliable, which is summarized as follows:

The defendant formed a company called the Investment Group of Memphis (IGM). She applied for loans from the Nehemiah Corporation, a Sacramento company, ostensibly for the purpose of helping people make down payments on homes. When Nehemiah sent the money to an account controlled by the defendant, she used it for personal expenses instead of for closings. As a result, Nehemiah lost over $150,000.

As part of the registration process with Nehemiah, the defendant submitted a "Closing Office Registration Form" in July 2003. She listed on the form the Employer Identification Number (EIN) of IGM as 81-0610397. The government believes this number is fictitious. If in fact this number is fictitious, it is another example of the defendant's fraudulent intent.

2. As just noted, there is reasonable cause to believe that the requested information is or may be relevant to a matter relating to the possible violations of said criminal statute.

3. The information is sought exclusively for use in a federal proceeding concerning the possible violations of the criminal statute described above.

4. The information cannot reasonably be obtained under the circumstances from any other source.

2

1  5.  Applicant is an Assistant United Sates Attorney for the Eastern District of California and is personally and directly engaged in the investigation and prosecution of matters related to the enforcement of the above-mentioned violations of Title 18 of the United States Code, to which the United States is a party. The information sought herein is solely for use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103(i)(1) and (4) and 26 C.F.R. § 301.6103(i)-1 and 4.

6.  In addition to applicant, the following individuals are personally and directly engaged in the investigation and prosecution of the above-mentioned violations, and applicant therefore requests that disclosure be permitted to the following;

    FBI Special Agent Kathleen Nicolls

    FBI Special Agent Jennifer Hellekson

    FBI Financial Analyst Michelle Ammond

7.  This Application is authorized by United States Attorney McGregor W. Scott.

WHEREFORE, the Applicant respectfully requests this Court to enter an Order granting disclosure by the Internal Revenue Service of the information specified in this Application.

DATED: January 26, 2007

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                         By:   /s/ JOHN K. VINCENT
                              JOHN K. VINCENT
                              Assistant U.S. Attorney

```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JOHN K. VINCENT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA    )
                                )  No. Cr. No. S-05-0517-DFL
11             Plaintiff,       )
                                )  AUTHORIZATION FOR EX PARTE
12        v.                    )  APPLICATION
                                )
13  DIANE McSWINE,              )
                                )
14             Defendant.       )
                                )
15  _____)
```

16        The undersigned, being the United States Attorney for the
17  Eastern District of California pursuant to Title 26, United
18  States Code, Section 6103(i)(1) and (4), hereby authorizes the
19  forgoing Application for Ex Parte Order for Disclosure of Tax
20  Returns and Return Information.
21
22  Dated: January 26, 2007
                                By:   /S/ Larry Brown
23                                    McGREGOR W. SCOTT
                                      United States Attorney
24
25
26
27
28

4

MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. No. S-05-0517-DFL |
| Plaintiff, ) | ORDER |
| v. ) | |
| DIANE McSWINE, ) | |
| Defendant. ) | |

The Court having received and considered the Application of the United States for an Ex Parte Order, pursuant to Title 26, United States Code, Section 6103(i), directing the Internal Revenue Service to disclose certain tax returns and return information, specifically the employer or tax identification number assigned to:

Name: **Investment Group of Memphis**
Address: **3125 S. Mendenhall #328**
Social Security No. or
Employer Identification No.:
Taxable Period(s): **2002 through 2006**

in connection with the above-referenced investigation and prosecution, and good cause appearing, the Court FINDS:

1. There is reasonable cause to believe, based upon information believed to be reliable, that a specific criminal act

5

1 | or acts have been committed, namely wire fraud in violation of
2 | Title 18, United States Code, Section 1343.
3 |     2.  There is reasonable cause to believe that the returns
4 | and return information sought are or may be relevant to a matter
5 | relating to the commission of such act or acts.
6 |     3.  The returns and return information are sought
7 | exclusively for use in a federal criminal investigation and
8 | proceeding concerning such act or acts, and the information
9 | sought to be disclosed cannot reasonably be obtained, under the
10 | circumstances, from another source.
11 |    4.  Applicant, Assistant United States Attorney John K.
12 | Vincent, FBI Special Agents Kathleen Nicolls and Jennifer
13 | Hellekson, and FBI Financial Analyst Michelle Ammond are
14 | employees of the United States Department of Justice, and are
15 | personally and directly engaged in, and the information sought is
16 | solely for their use in, the investigation and prosecution of
17 | possible violations of the above-mentioned criminal statutes.
18 |    IT IS, THEREFORE, ORDERED that the Internal Revenue Service:
19 |    (1) disclose such returns and return information,
20 | specifically the employer or tax identification number assigned
21 | to:

   Name: **Investment Group of Memphis**
   Address: **3125 S. Mendenhall #328**
   Social Security No. or
   Employer Identification No.:
   Taxable Period(s): **2002 through 2006**

25 | as has been filed and is on file with the Internal Revenue
26 | Service;
27 |    IT IS FURTHER ORDERED that the Applicant, or any other
28 | officers or employees of any federal agency, shall use the

6

information disclosed solely in investigating and prosecuting the alleged violations specified and preparing the matter for trial, and that no disclosure be made to any other person except in accordance with the provisions of Title 26, United States Code, Section 6103.

DATED this 26th day of January, 2007.

/s/ David F. Levi
DAVID F. LEVI
United States District Judge