**FILED**

MAR 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | REASSIGNMENT ORDER |
| v. | Cr. No. S-05-517-DFL |
| DIANE MCSWINE | |
| Defendant. | |

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Edward J. Garcia for all further proceedings.

Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number Cr. S-05-517-EJG.

IT IS FURTHER ORDERED that all dates presently set before Judge Levi be vacated from his calendar.

```
   IT IS FURTHER ORDERED that jury trial shall commence on
Monday, April 2, 2007 at 2:00 P.M.

          IT IS SO ORDERED.


DATED: March 22, 2007
                              /s/ David F. Levi
                              DAVID F. LEVI
                              United States District Judge


     Having reviewed the file, I accept assignment of this
case for all further proceedings.

DATED:   3/22/07
                              _____
                              EDWARD J. GARCIA
                              United States District Judge
```

2