IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DIANE MCSWINE,

        Defendant.
_____/

CR. NO. S-05-0517 EJG

ORDER DIRECTING DEFENDANT TO APPEAR FOR COMMENCEMENT OF TRIAL

    This case has been reassigned by minute order of this same date from the Honorable David F. Levi to the undersigned for trial. Counsel and defendant are required to appear on Monday April 2, 2007 at 2:00 p.m., in Courtroom No. 8, for the commencement of trial. Failure by defendant to appear as ordered will result in the issue of a no bail bench warrant for defendant's arrest.

    IT IS SO ORDERED.

Dated: March 21, 2007

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT