DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DIANE MCSWINE


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:05-cr-0517 EJG |
| | ) |
| Plaintiff, | ) |
| | ) APPLICATION FOR TRANSPORTATION |
| v. | ) ORDER; AND ORDER FOR |
| | ) TRANSPORTATION. |
| DIANE MCSWINE, | ) |
| | ) Judge:    Hon. Edward J. Garcia |
| Defendant. | )           (In Chambers) |
| _____ | ) |

        Application is hereby made for an Order for Transportation and

subsistence allowance for defendant DIANE MCSWINE to enable her to

attend the Trial scheduled for April 2, 2007 at 2:00 p.m. before the

Hon. Edward J. Garcia. Ms. McSwine has advised counsel today that she

is unable to afford to travel from Memphis to Sacramento in addition to

paying motel expenses while in Sacramento for the duration of the

trial.  She has requested that transportation be arranged for Thursday,

March 29, 2007, so that she may confer with counsel after her arrival

and before the date for trial.

        The court is advised that counsel have conferred about this

1 request and government counsel, Assistant United States Attorney John

2 Vincent, has stated to counsel that he has no position on this request.

3       WHEREFORE, in the interests of justice the court is requested to

4 "...direct the United States Marshal to arrange for [Ms. McSwine's]

5 non-custodial transportation or furnish the fare for such

6 transportation...and an amount of money for subsistence expenses..."

7 pursuant to the just-quoted provision of 18 U.S.C. § 4285.

8

9 Dated: March 26, 2007         Respectfully submitted,

10                        DANIEL J. BRODERICK
                       Federal Defender

11

12                         /S/ Jeffrey L. Staniels
                       JEFFREY L. STANIELS

13                        Assistant Federal Defender
                       Attorney for Defendant

14                        DIANE MCSWINE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )        No. 2:05-cr-0517 EJG
                                 )
                Plaintiff,       )
                                 )        ORDER RE: TRANSPORTATION
v.                               )        PURSUANT TO 18 U.S.C. §4285
                                 )
DIANE MCSWINE,                   )
                                 )
                Defendant.       )
                                 )
_____)

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

       This is to authorize and direct you to furnish the above named

defendant, Diane McSwine, with transportation and authorized

subsistence from Memphis, Tennessee, to Sacramento, California, on

**Thursday, March 29, 2007,** for trial in the United States District Court

for the Eastern District of California which is set for **Monday, April**

**2, 2007 at 2:00 p.m.**

       Ms. McSwine is financially unable to travel to Sacramento,

California without transportation expenses.  This request is authorized

pursuant to 18 U.S.C. § 4285.

       IT IS SO ORDERED.

Dated: March 27, 2007



                                   /s/Edward J. Garcia
                                 Hon. Edward J. Garcia
                                 Senior U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28