DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DIANE MCSWINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 05-517-EJG |
|         Plaintiff, ) | |
|     v.                    ) | ORDER RETURNING BOND |
| DIANE MCSWINE, ) | |
|         Defendant. ) | |

On April 2, 2007, after pleading guilty, Ms. McSwine was remanded into custody. At that time, the Court orally exonerated the bond posted in this case to secure her appearance. The Clerk's Office has notified defense counsel that a written order is required to

//

//

1  return the bond to Ms. McSwine's family.  Accordingly, the Court hereby
2  orders the Clerk's Office to return the bond to:
3      Wallace Jeffrey McSwine
       1558  Paullus St.
4      Memphis, TN 38127

Dated:  June 19, 2007            /s/ Edward J. Garcia
                                 HONORABLE EDWARD J. GARCIA

McSwine Sentencing Memorandum     -2-